IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MSI CORPORATION and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, as subrogee of MSI CORPORATION,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY,<br>　　　　　　　Defendant.<br>------------------------------------------------------------<br>NORFOLK SOUTHERN RAILWAY COMPANY,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>MSI CORPORATION,<br>　　　　　　　Defendant. | **Consolidated at:**<br>Civil Action No. 2:16-cv-00156<br>LEAD CASE<br>**ELECTRONICALLY FILED**<br><br>Hon. Arthur J. Schwab<br><br><br><br><br>Civil Action No. 2:16-cv-00725<br>MEMBER CASE |

## ORDER OF COURT

AND NOW, to wit, this 29th day of August, 2016, upon consideration of the Stipulation of Dismissal filed on behalf of the parties pursuant to Fed. R. Civ. P. 41(a), it is hereby **ORDERED** that the Stipulation is **GRANTED**, and that the civil case be, and the same is hereby dismissed, with prejudice. Each party to bear its own attorneys' fees and costs.

BY THE COURT:

_____
Arthur J. Schwab
United States District Judge